Núm. 8373.—POLANCO, apldo. *v.* ALCALDE DE CIALES, ETC., apltes.—C. D. Arecibo. ▉▉▉▉▉ Mayo 28, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el peticionario, con fecha 13 del corriente, radicó en este tribunal una moción solicitando se desestime por frívolo el recurso de apelación que el 9 del mismo mes interpuso el Municipio de Ciales contra una sentencia en un pleito de *mandamus* dictada a favor del peticionario en el caso núm. 3310 de la Corte de Distrito de Arecibo;

POR CUANTO, celebrada la vista de la referida moción el día 26 del actual, comparecieron ambas partes, el peticionario por su propio derecho y el Municipio de Ciales por su abogado Sr. Susoni, quien se opuso por escrito y oralmente a las pretensiones del peticionario;

POR CUANTO, de la citada moción resulta que en el referido caso de mandamus se ofreció y admitió evidencia, y ello no obstante el peticionario no nos pone en condiciones no sólo de conocer dicha prueba mediante la correspondiente transcripción de evidencia, si que tampoco se ha elevado todavía a este tribunal el legajo de sentencia, limitándose el peticionario a acompañar su moción de copias simples de las alegaciones, opinión, sentencia y escrito de apelación en el referido caso de mandamus;

POR CUANTO, a los efectos de resolver una moción de la índole de la presentada por el peticionario precisa que tengamos ante nos el legajo de sentencia y la transcripción de evidencia legalmente autenticada;

POR TANTO, vista la moción del peticionario, los documentos que se acompañan, antes mencionados, la moción del apelante, y considerados los informes orales ˚de una y otra parte, sin prejuzgar los méritos del recurso, no ha lugar por ahora a su desestimación.